EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    George A. Polish Matos | 2003 TSPR 163<br><br>160 DPR ____ |

Número del Caso: TS-10778


Fecha: 7 de noviembre de 2003


 Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora

 Abogado de la Parte Peticionaria:
                    Por Derecho Propio


Materia: Solicitud de Reinstalación al Ejercicio de la Notaría




Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   George A. Polish Matos

                        TS-10778

RESOLUCION

San Juan, Puerto Rico, a 7 de noviembre de 2003.

Evaluado el Informe Sobre el Estado de la Obra Notarial Incautada, presentado por la Directora de la Oficina de Inspección de Notarías así como la "Moción Solicitando Reinstalación al Ejercicio de la Notaría" presentada por el querellado, George A. Polish Matos, se autoriza su reinstalación al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

                                  Patricia Otón Olivieri
                        Secretaria del Tribunal Supremo